**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                        Petitioners,                     22 **CIVIL** 6442 (VM)

     -against-                                      **JUDGMENT**

BROWNIE COMPANIES OF LONG ISLAND
LLC,

                        Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2022, the Petition of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters for confirmation of the Opinion and Award dated May 22, 2022 is GRANTED; Brownie LLC shall make its books and records available to Petitioners within (30) days for purposes of an audit in compliance with the Arbitration Award; the confirmed Arbitration Award is entered as a judgment of this Court, including monetary judgment in favor of Petitioners and against Brownie LLC in the amount of $10,926.82; Petitioners are awarded $302.50 in attorneys' fees and $77 in costs arising out of this proceeding; Petitioners are awarded post-judgment interest on the full judgment amount in accordance with 28

U.S.C. Section 1961.

**Dated:**   New York, New York
September 27, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   *K. Mango*

**Deputy Clerk**